William A. SUTHERLAND and Francis M. Bird, Plaintiffs-Appellants, v. NEW YORK & BALTIMORE TRANSPORTATION LINES, Defendant-Appellee.

No. 132.

Circuit Court of Appeals, Second Circuit.

Jan. 26, 1942.

Clarence Blair Mitchell, of New York City (Choate, Mitchell & Ely and H. Henry Ramm, all of New York City, of counsel), for appellants.

George M. Clarke, of New York City (Charles Markell, of Baltimore, Md., of counsel), for appellee.

Before SWAN, AUGUSTUS N. HAND, and FRANK, Circuit Judges.

PER CURIAM.

Judgment affirmed on opinion below, 43 F.Supp. 94.

AMERICAN WATER WORKS AND ELECTRIC COMPANY, Incorporated, the West Penn Electric Company and South Pittsburgh Water Company, Complainants, v. ALLEGHENY TRUST COMPANY, as Executor Under a Document Admitted to Probate in Pennsylvania as the Last Will and Testament of George W. Pusey, Deceased (Plaintiff in the Interpleader Issue Under Appeal), and The Florida National Bank of Jacksonville and Roland T. White, as Executors Under a Document Admitted to Probate in Florida as the Last Will and Testament of George W. Pusey, Deceased (Defendants in the Interpleader Issue Under Appeal, Appellants), Defendants.

No. 7766.

Circuit Court of Appeals, Third Circuit.

Submitted Dec. 2, 1941.

Decided Dec. 31, 1941.

R. T. M. McCready, of Pittsburgh, Pa., for complainants.

John C. Bane, Jr., and Edward O. Tabor, both of Pittsburgh, Pa. (John J. Heard and Reed, Smith, Shaw & McClay, all of Pittsburgh, Pa., on the brief), for defendants.

Before BIGGS, MARIS, and GOODRICH, Circuit Judges.

PER CURIAM.

The decree of the District Court is affirmed upon the opinions of Judge McVicar, 43 F.Supp. 99, and 43 F.Supp. 103.

The AMERICAN BRAKE SHOE & FOUNDRY COMPANY, Plaintiff, v. INTERBOROUGH RAPID TRANSIT COMPANY, Defendant.

CENTRAL HANOVER BANK & TRUST COMPANY, as Trustee, Plaintiff, v. MANHATTAN RAILWAY COMPANY et al., Defendants.

The AMERICAN BRAKE SHOE & FOUNDRY COMPANY et al., Plaintiffs, v. INTERBOROUGH RAPID TRANSIT COMPANY et al., Defendants.

HODGES, REAVIS, PANTALEONI & DOWNEY, Marcus L. Bell and Charles Franklin, Appellants, v. Edgar J. KOHLER, Appellee.

No. 110.

Circuit Court of Appeals, Second Circuit.

Feb. 4, 1942.

Charles Dickerman Williams and Maclay, Lyeth & Williams, all of New York City, for appellants.

Charles Looker, and Proskauer, Rose & Paskus, all of New York City, for appellee.

Before L. HAND, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Appeal dismissed in open court.